IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
GREGORY WOODSON,              )
                              )
    Petitioner,               )
                              )      CIVIL ACTION NO.
    v.                        )        3:14cv932-MHT
                              )            (WO)
KARLA JONES, Warden, and      )
THE ATTORNEY GENERAL OF       )
THE STATE OF ALABAMA,         )
LUTHER STRANGE,               )
                              )
    Respondents.              )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) The United States Magistrate Judge's recommendation (doc. no. 12) is adopted.

    (2) The petition for writ of habeas corpus (doc. no. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of October, 2016.

                                    /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**